**Order entered August 17, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00326-CR

**NEIL PAUL NOBLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F18-45998-K**

### ORDER

Appellant's notice of appeal was timely filed in the trial court on May 6, 2021, and the record was due on July 2, 2021. The reporter's record in this case has not been filed. By letter dated July 7, 2021, we notified official court reporter Charon Evans that the reporter's record had not been filed and directed her to file the reporter's record within thirty days. Ms. Evans has not filed the record, nor has she communicated with the Court. The clerk's record shows, however, that deputy reporter Janice Garrett reported the proceedings in this case.

Therefore, we **ORDER** deputy court reporter Janice Garrett to file, **WITHIN TWENTY DAYS OF THE DATE OF THIS ORDER**, (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant has not requested the reporter's record.

We caution appellant that the failure to request the reporter's record may result in the appeal being submitted without the reporter's record.

We **DIRECT** the Clerk to send copies of this order to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Charon Evans, official court reporter, Criminal District Court No. 4; Janice Garrett, deputy court reporter; appellant, and the Dallas County District Attorney's Office, Appellate Division.

/s/   ROBERT D. BURNS, III
CHIEF JUSTICE